## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAMUEL COLLINS, JR.,

Petitioner,

v.

RANDY PFISTER,

Respondent.                                                            No. 08-CV-901-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court for the purpose of docket control.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated June 22, 2009, Respondents **JOCKISH, WALKER and VAUGHN** are dismissed from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on February 28, 2012, the petition is **DENIED** in its entirety and this case is **DISMISSED** without prejudice for failure to exhaust his state remedies.-------------------------------------------------------------------------------------------------

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT


                                        BY:       /s/*Sandy Pannier*
                                                  **Deputy Clerk**

Dated: February 29, 2012

David R. Herndon
2012.02.29
15:56:41 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT